TRUST LAW, P.C.

Lindsay M. Trust, Esq. ltrust@osbornlawpc.com

October 13, 2026

Application GRANTED. Plaintiff shall file his brief by **January 19, 2027**. Defendant shall file its brief by **March 22, 2027**. Plaintiff shall file his reply by **April 5, 2027**.

The Clerk of Court is respectfully requested to terminate ECF 7.

Dated: October 13, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Jordan v. Commissioner of Social Security*
Civil Action No. 1:26-cv-06155-RFT

Dear Judge Tarnofsky,

We write on behalf of our client, Desean Leon Jordan, and with the consent of Defendant, to respectfully request a 90-day extension of time to file Plaintiff's Brief, currently due on October 21, 2026 per the Court's Standing Scheduling Order. This is Plaintiff's first request for an extension. The reason for this request is that the undersigned requires additional time due to having numerous briefs and overlapping deadlines in the upcoming weeks.

After conferring with the defendant, the parties have agreed to the following amended scheduling order, subject to the Court's approval:

1. Plaintiff to file his brief on or before: **January 19, 2027**;

2. Defendant to file its brief on or before: **March 22, 2027**; and

3. Plaintiff to file his reply, if any, on or before: **April 5, 2027**.

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
TRUST LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Fergus John Kaiser, Esq. (by ECF)